1066

No. 83–982.   BRIDGES ET AL. v. McLENNAN COUNTY, TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–989.   JAMES ET AL. v. TENNESSEE VALLEY AUTHORITY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–1005.   SPAULDING v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 83–1054.   GRIMM v. LEINART ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–1087.   CAMPBELL v. COAL PROCESSING EQUIPMENT, INC.   C. A. 6th Cir.   Certiorari denied.

No. 83–1092.   BOFFA v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–1100.   BATTAGLIA v. COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 83–1104.   CITY OF NEWARK v. TOWNSHIP OF WEST MILFORD.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 83–1105.   LEWIS v. PENNSYLVANIA.   Pa. Commw. Ct.   Certiorari denied.

No. 83–1111.   HEUBLEIN, INC. v. GENERAL CINEMA CORP.   C. A. 2d Cir.   Certiorari denied.

No. 83–1115.   KREZDORN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–1123.   VAN WEY v. O'NEAL ET AL.   Sup. Ct. Ky.   Certiorari denied.

No. 83–1125.   GORTMAKER v. OREGON.   Sup. Ct. Ore.   Certiorari denied.

No. 83–1167.   MOUNTAINSIDE BUTTER & EGG CO. v. UNITED STATES DEPARTMENT OF AGRICULTURE.   C. A. 3d Cir.   Certiorari denied.